UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-80176-Dimitrouleas/Matthewman

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT G. NAVANI,

    Defendant.

_____/



FILED BY _____ D.C.

JAN 14 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER REGARDING PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

THIS CAUSE is before the Court upon an Order of Referral entered by United States District Judge William P. Dimitrouleas. *See* DE 31. On January 10, 2020, the Court held a show cause hearing on the Petition for Action on Conditions of Pretrial Release ("Petition") [DE 30]. According to the Petition, Defendant, Scott G. Navani ("Defendant"), violated a condition of his bond when he submitted several urine specimens in October, November, and December of 2019 that tested positive for marijuana. *Id.* Defendant filed a Reply to the Petition [DE 34].

At the January 10, 2020 show cause hearing, the Government and U.S. Probation Officer Steffi Jean-Jacques stated that they were not seeking revocation of Defendant's bond. After hearing all of the evidence and argument, the Court added a more stringent requirement to Defendant's bond. The Court required that Defendant's father, Gopal Navani, with whom Defendant resides, serve as a Third-Party Custodian of Defendant. Gopal Navani represented to the Court, under oath, that he will monitor Defendant and report any drug use by Defendant to U.S. Probation and to the Court.

At the January 10, 2020 hearing, the Court also reserved jurisdiction to revoke Defendant's bond pending the results of Defendant's January 9, 2020 drug test. The Court has now received an Informational Memorandum from U.S. Probation stating that Defendant's January 9, 2020 drug test was negative for all illegal substances. In light of the fact that Defendant's most recent drug test was negative for all illegal substances, the Court declines to revoke Defendant's bond at this time.

However, Defendant is hereby put on notice that he is required to abstain from use of all illegal substances and is required to report for drug testing, as directed by U.S. Probation, while he is on pretrial release in this criminal case. If Defendant violates any condition of his bond, the Court will carefully consider revoking his bond and detaining him until his sentencing proceeding.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of January, 2020.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE